# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EXCELSIOR INSURANCE COMPANY,** : | CIVIL ACTION NO. 1:11-CV-1480 |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **OLSON TECHNOLOGIES, INC.,** : | |
| *et al.*, : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 29th day of November 2011, upon consideration of the motion for leave to file an amended complaint (Doc. 20) filed by plaintiff Excelsior Insurance Company, and it appearing that defendants concur in the motion (id. at 2), see FED. R. CIV. P. 15(a)(2) (allowing a party to amend its pleading with the opposing party's written consent), and the court finding that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 20) for leave to file an amended complaint is GRANTED.

2. The Clerk of Court is directed to file the proposed document (Doc. 20, Ex. A) as an amended complaint as of the date of this order.

3. Defendants shall respond to the amended complaint in accordance with the Federal Rules of Civil Procedure.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge